IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **KAREN A. STOKES,** | * |
| | * |
| Plaintiff, | * |
| | * |
| vs. | *   CIVIL ACTION NO. 06-00021-WS-B |
| | * |
| **MICHAEL J. ASTRUE,**[1] | * |
| **Commissioner of Social Security,** | * |
| | * |
| Defendant. | * |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) and dated February 9, 2007, is **ADOPTED** as the opinion of this Court. The decision of the Commissioner of Social Security denying Plaintiff's claim for supplemental security income is **REVERSED** and **REMANDED.**

**DONE** and **ORDERED** this the 6th day of March, 2007.

s/WILLIAM H. STEELE
UNITED STATES DISTRICT JUDGE

---

[1] On February 12, 2007, Michael J. Astrue became the Commissioner of Social Security. Pursuant to Rule 25(d)(1) of the Federal Rules of Civil Procedure, Michael J. Astrue has been substituted therefore, for Acting Commissioner Linda S. McMahon, as the Defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).